**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

Brittany Johnston
Plaintiff,
v.                                         Case No.: 1:23−cv−00205−WES−LDA

Kilolo Kijakazi
Defendant.

**JUDGMENT**

    This action came to be heard before the Court and, after due consideration of the parties' arguments and review of the administrative record, a decision has been rendered. Upon consideration whereof, it is now here ordered, adjudged and decreed as follows:

    The decision of the Commissioner is reversed and this matter is remanded in accordance with sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with the ruling issued this day.

July 28, 2023                                         By the Court:

                                                        /s/ Hanorah Tyer−Witek, Clerk of Court